■ MARTHA DUHAMEL, Now Known as MARTHA MACMILLAN, Respondent, v KEVIN DUHAMEL, Appellant. (Appeal No. 1.) [771 NYS2d 476]—Appeal from an amended order of the Supreme Court, Monroe County (David D. Egan, J.), entered July 3, 2001. The order denied defendant's motion for a declaration that plaintiff's application for the execution of a qualified domestic relations order is time-barred and granted plaintiff's application.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Green, J.P., Scudder, Gorski, Lawton and Hayes, JJ.